**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GUIDEONE MUTUAL INSURANCE COMPANY                    PLAINTIFF

v.                              No. 4:17CV00466 JLH

BARBARA CARTER; CARLOS CARTER;
BOBBIE COURTNEY; LINDA CURTIS;
MARIE D'ORR; MARILYN DAILEY;
GENEVA DAVIS; ELIZABETH FEHR;
SONNY GRIDER; YOCHA GRIDER;
GLENDA HARRISON; JOSEPH HURST;
LINDA LINDSEY; GLENN MANGUM;
LOUISE MANGUM; FELICIA MORGAN;
LINDA PLUNKETT; BRENDA PURDON;
JIMMY RAMSEY; VICKY RAMSEY;
ANTONIA REYNA; MARENE WATERS;
MILDRED WEEKS; ST. VINCENT INFIRMARY
MEDICAL CENTER; CENTERS FOR
MEDICARE AND MEDICAID SERVICES;
and JOHN DOE LIENHOLDERS 1-20                        DEFENDANTS

## DEFAULT JUDGMENT

Pursuant to the Order entered separately, any claims that the following persons might have

as to the funds that are the subject of this action are hereby dismissed with prejudice: Linda Curtis,

Marie D'Orr, Sonny Grider, Yocha Grider, Joseph Hurst, Linda Lindsey, Glenn Mangum, Louise

Mangum, Linda Plunkett, Brenda Purdon, Jimmy Ramsey, Vicki Ramsey, and St. Vincent Infirmary

Medical Center.

IT IS SO ORDERED this 8th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE