# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GUIDEONE MUTUAL INSURANCE COMPANY                PLAINTIFF

v.                No. 4:17CV00466 JLH

BARBARA CARTER; CARLOS CARTER;
BOBBIE COURTNEY; MARILYN DAILEY;
GENEVA DAVIS; ELIZABETH FEHR;
GLENDA HARRISON; FELICIA MORGAN;
ANTONIA REYNA; MARENE WATERS;
MILDRED WEEKS; CENTERS FOR
MEDICARE AND MEDICAID SERVICES;
and JOHN DOE LIENHOLDERS 1-20                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 2nd day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE